DC-21-166

Starr County - District Clerk

Filed: 4/27/2021 2:39 PM
Orlando Velasquez, District Clerk
Starr County, Texas

Marlin Salinas

## CAUSE NO. DC-21-166

| | | |
|---|---|---|
| MARGARITA BENITEZ, BY AND | X | 229TH JUDICIAL DISTRICT |
| THROUGH HER NEXT FRIEND | X | |
| ROSA MARIA ESCOBAR, | X | |
| PLAINTIFF, | X | |
| | X | |
| VS. | X | IN THE DISTRICT COURT |
| | X | |
| D'MARIA ADULT DAY CARE LLC, | X | |
| OLGA GONZALEZ GARCIA, | X | |
| OSCAR YZAGUIRRE, JR., AND | X | |
| GLOBAL TRUCKING JOHN DOE, | X | |
| DEFENDANTS. | X | OF STARR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUESTS FOR DISCLOSURES

TO THE HONORABLE JUDGE OF THE DISTRICT COURT OF STARR COUNTY, TEXAS:

### I.
### PRELIMINARY STATEMENT

The Plaintiff MARGARITA BENITEZ, by and through her next friend, ROSA MARIA BARRERA ESCOBAR, files this Original Petition and names as the Defendants: D'MARIA ADULT DAY CARE LLC, OSCAR YZAGUIRRE, JR., OLGA GONZALEZ GARCIA, and GLOBAL TRUCKING JOHN DOE (The complete and correct name and the corporate status for this Defendant is unknown to Plaintiff. The correct name and corporate standing for this John Doe Defendant will be added after the Plaintiff finds out through discovery or otherwise the correct name and its corporate status, if applicable). The Plaintiff will respectfully show the Court the following as her causes of action against the Defendants:

## II.
## DISCOVERY PLAN

1. The Plaintiff intends to ask the Court to assign this case to a Level 2 Discovery Plan.

## III.
## JURISDICTION AND VENUE

A. **Jurisdiction.** This Court has jurisdiction over the parties, the subject matter of the controversy, and the amount in controversy in this case for the following reasons:

1. The Court has jurisdiction over the Plaintiff because (a) she was a Texas resident at the time that the cause of action occurred or accrued and, is also a resident of this state at the time this suit is filed, and (b) the Plaintiff is filing the claims and causes of action against the Defendants under Texas law in the above-numbered and entitled case.

2. The Court has jurisdiction over the Defendants, jointly and separately, because (a) they committed a tort in whole or in part in the State of Texas, specifically in Starr County, Texas; and (b) Defendants D'MARIA ADULT DAY CARE LLC and GLOBAL TRUCKING JOHN DOE were incorporated under the laws of State of Texas or are authorized to do business in the State of Texas.

3. The Court has jurisdiction over the Defendants OLGA GONZALEZ GARCIA and OSCAR YZAGUIRRE, JR., who were residents as and remain residents of the State of Texas at the time the automobile accident in question occurred because

they committed a tort in whole or in part in the State of Texas, particularly, in Starr County, Texas.

4. The Court has jurisdiction over the subject matter of the controversy in this civil action because the Plaintiff is asserting claims and causes of action for negligence against the Defendants under Texas law.

5. The Court has jurisdiction over the amount in controversy in the above-numbered and styled cause because the Plaintiff is asserting claims and causes of action against the Defendants for damages, interest, costs, and other relief which are based upon an action for damages under Texas law and the amount of these damages are in excess of the minimum jurisdictional limits of the Court, exclusive of interest and costs.

B. **Venue.**  The venue in this case is proper in Starr County, Texas, for the following reasons:

1. All or a substantial part of the events or omissions made the bases of the Plaintiff's claims in this action occurred in Starr County, Texas;

2. The Court has jurisdiction over the subject matter of this action since the amount claimed by Plaintiff is within the jurisdictional limits of this Court;

3. The venue for this action properly lies in Starr County, Texas, since the subject accident occurred in this county and the Plaintiff's losses and damages accrued in Starr County Texas.

**IV.**

**PARTIES**

1.     The Plaintiff MARGARITA BENITEZ is a resident of Starr County, Texas.  The Plaintiff is filing this suit through her daughter ROSA MARIA BARRERA as her next friend.

2.     The Defendant D'MARIA ADULT DAY CARE LLC is a limited liability company organized and doing business under and pursuant to the laws of the State of Texas with its prinicipal office located in Starr County, Texas.   The Defendant D'MARIA ADULT DAY CARE LLC may be served with process through its registered agent for service of process through its registered agent for service of process, namely, Maria Hernandez at 201 N. FM 3167, Suite M & N, Rio Grande City, Texas, 78582, or wherever she can be found.  At all times material to Plaintiff's claims and causes of action, the Defendant D'MARIA ADULT DAY CARE LLC was the employer of the Defendant OLGA GONZALEZ GARCIA.

3.     The Defendant OLGA GONZALEZ GARCIA is a resident of Starr County, Texas.   The Defendant OLGA GONZALEZ GARCIA can be cited to appear in this case by service at the address of 1586 Cipriano Rd., Rio Grande City, Starr County, Texas, 78582, or wherever she may be found.  At all times relevant to Plaintiff's claims and causes of action, the Defendant OLGA GONZALEZ GARCIA was an employee of Defendant D'MARIA ADULT DAY CARE LLC.   The Defendant OLGA GONZALEZ GARCIA is also sued in her individual capacity.

4.    The Defendant GLOBAL TRUCKING JOHN DOE is a corporation organized under the laws of the State of Texas or authorized to do business in this State.  The Defendant GLOBAL TRUCKING JOHN DOE can be cited to appear in this case by serving its registered agent for service of process at the time its corporate status becomes known to Plaintiff.  At all times material hereto the Defendant GLOBAL TRUCKING JOHN DOE was the employer of the Defendant OSCAR YZAGUIRRE, JR.

5.    The Defendant OSCAR YZAGUIRRE, JR. is a resident of Starr County, Texas.  The Defendant OSCAR YZAGUIRRE, JR. can be cited to appear in this case by service at the address of 150 Spur FM Road 2098, Falcon Heights, Starr County, Texas, 78545, or wherever he can be found.  At all times pertinent to Plaintiff's claims and causes of action, the Defendant OSCAR YZAGUIRRE, JR. was an employee of Defendant GLOBAL TRUCKING JOHN DOE.  The Defendant OSCAR YZAGUIRRE, JR. is also sued in his individual capacity.

**V.**

**OPERATIVE FACTS: NEGLIGENCE**

1.  On May 14th, 2019, at approximately 1:47 a.m. the Defendant OLGA GONZALEZ GARCIA was driving a white colored 2017 Ford Transit VN motor vehicle in a southerly direction on Guerra Garza Road in or near La Rosita, Starr County, Texas.  On this date and time, the Defendant OLGA GONZALEZ GARCIA was an employee of the Defendant D'MARIA ADULT DAY CARE LLC, who was the owner of the 2017 Ford Transit VN that she was driving.  Also, on this date

and time, as part of and in the course and scope of her employment, the Defendant OLGA GONZALEZ GARCIA was transporting the Plaintiff MARGARITA BENITEZ and other clients of Defendant D'MARIA ADULT DAY CARE LLC in the 2017 Ford Transit VN of her employer. As the Defendant OLGA GONZALEZ GARCIA drove the 2017 Ford Transit VN in a southerly direction on Guerra Garza Road in La Rosita, Texas, she stopped her vehicle at the stop sign governing her lane of travel located at the intersection of Guerra Garza Road and U.S. Highway 83 at La Rosita, Texas. Subsequently, the Defendant OLGA GONZALEZ GARCIA drove the 2017 Ford Transit VN in a southerly direction to go across the breadth of U.S. Highway 83 and get to the other side of the same highway. At the same time that Defendant OLGA GONZALEZ GARCIA was crossing U.S. Highway 83 with the 2017 Ford Transit VN, the Defendant OSCAR YZAGUIRRE, JR., was driving a 2018 Dodge Ram 1500 pickup in an easterly direction on U.S. Highway 83, La Rosita, Texas, that was situated west of the 2017 Ford Transit VN as Defendant OSCAR YZAGUIRRE, JR. approached that same motor vehicle that Defendant OLGA GONZALEZ GARCIA was driving across U.S. Highway 83 in a northerly to south bound direction. As the 2017 Ford Transit VN motor vehicle driven by Defendant OLGA GONZALEZ GARCIA entered the east bound lane of travel of U.S. Highway 83 that the Defendant OSCAR YZAGUIRRE, JR., was traveling on, as he approached the white 2017 Ford Transit VN, with his 2018 Dodge Ram 1500 pickup, he failed to control the speed of his pickup and failed to brake, slow down, or take any timely evasive action and, also, failed to maintain proper lookout to avoid ramming

medical care and treatment. The expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff MARGARITA BENITEZ. The charges made, and to be made for future treatment, for the treatment of the injuries sustained by Plaintiff MARGARITA BENITEZ were the usual and customary charges for medical treatment in Starr and Hidalgo Counties, Texas. In addition, it is reasonably probable that the Plaintiff MARGARITA BENITEZ will continue to incur expenses for medical care and treatment in the future for the rest of her life.

5. These injuries, losses, and damages suffered by Plaintiff MARGARITA BENITEZ are in excess of the minimum jurisdictional limits of this Court.

## VI.

## NEGLIGENT ACTS OF DEFENDANTS OLGA GONZALEZ GARCIA AND D'MARIA ADULT DAY CARE LLC

1. The collision described above, and the resulting injuries and damages suffered by and inflicted on the Plaintiff MARGARITA BENITEZ were proximately caused by the negligent conduct of the Defendants OLGA GONZALEZ GARCIA and D'MARIA ADULT DAY CARE LLC, jointly and severally, in one or more of the following respects:

    A. failing to yield the right of way to Defendant OSCAR YZAGUIRRE, JR.'s 2018 Dodge Ram 1500 pickup;

    B. failing to properly and timely apply the brakes on the 2017 Ford Transit VN to avoid entering the eastbound lane on which the Defendant OSCAR YZAGUIRRE, JR., was approaching at a fast rate of speed and oblivious to the circumstances and

into the 2017 Ford Transit VN that Plaintiff was occupying as a restrained passenger. As a result of his negligence, the Defendant OSCAR YZAGUIRRE, JR., crashed his 2018 Dodge Ram pickup at the full speed he was driving into the right side front panel of the 2017 Ford Transit VN.

2. The suddenness, unexpectedness, and severity of the violent impact of the 2018 Dodge Ram 1500 pickup with the 2017 Ford Transit VN caused Plaintiff MARGARITA BENITEZ to be jostled, thrown, jerked about forcefully inside that motor vehicle and causing her to strike her head inside the vehicle. As a result of the collision, the Plaintiff suffered injuries to several areas of her body including her head and brain and sustained mental trauma.

3. On the date and time that this accident occurred and at its location, the weather was clear and dry with no precipitation falling, and there were no obstructions blocking the vision and sight of the Defendant OSCAR YZAGUIRRE, JR. as he approached and drove toward the 2017 Ford Transit VN situated in front of his pickup. The Defendant OSCAR YZAGUIRRE, JR. had the last opportunity to avoid and would have avoided this collision but he failed to take the necessary preventive and evasive actions.

4. As a proximate result of this vehicular accident, the Plaintiff MARGARITA BENITEZ sustained injuries that caused her physical pain and suffering and mental anguish. The Plaintiff experienced great fright and mental anguish during the occurrence of the accident and immediately afterwards. As a further result of the joint and several negligence of the Defendants and the injuries suffered by Plaintiff MARGARITA BENITEZ, she has incurred or paid expenses for her

conditions in front of him, particularly, the traversing 2017 Ford Transit VN;

C. failing to maintain a proper lookout as a person of ordinary prudence would have maintained under the same or similar circumstances that existed on May 14th, 2019, at the site and time where this accident occurred;

D. driving inattentively while operating the 2017 Ford Transit VN;

E. failing to operate the 2017 Ford Transit VN in a safe and prudent manner.

2.   The Defendant D'MARIA ADULT DAY CARE LLC is liable for the negligent acts of its employee, the Defendant OLGA GONZALEZ GARCIA under the doctrine of respondeat superior.

## VII.

## NEGLIGENT ACTS OF DEFENANT OSCAR YZAGUIRRE, JR., AND GLOBAL TRUCKING JOHN DOE

A. failing to control the speed of 2018 Dodge Ram 1500 pickup;

B. driving at an excessive rate of speed;

C. avoiding the collision with the 2017 Ford Transit VN though he had the last opportunity to avoid crashing into the van;

D. failing to take evasive action to avoid running into and ramming the 2017 Ford Transit VN;

E. failing to properly and timely apply the brakes on the 2018 Dodge Ram 1500 pickup:

F. failing to maintain a proper lookout as a person of ordinary prudence would have maintained under the same or similar circumstances that existed on May 14th, 2019, at the location where this accident occurred;

G. driving inattentively and ignoring or being oblivious to the conditions and circumstances in front of him, specifically, the crossing white colored 2017 Ford Transit VN while he was operating the 2018 Dodge Ram pickup;

H. failing to operate the 2018 Dodge Ram pickup in a safe and prudent manner.

## VIII.

### DAMAGES CAUSED BY DEFENDANTS' JOINT AND SEVERAL NEGLIGENCE

1. Due to Defendants' joint and several acts of negligence, the Plaintiff suffered past physical pain and suffering and mental anguish and will continue to suffer from the same conditions and injuries and their sequelae for the rest of her life.

2. As a result of the accident caused by Defendants' joint and several negligence, the Plaintiff incurred reasonable and necessary medical expenses for treatment of her injuries and, in all probability, will continue to do so in the future for the rest of her life.

3. Also, as a result of the accident, the Plaintiff suffered past physical impairment, and this condition will in all probability continue for the rest of her life.

## IX.

### PROXIMATE CAUSE

1. The above listed negligent acts by Defendants, either singularly or in combination, caused the violent crash that resulted in Plaintiff MARGARITA BENITEZ suffering the injuries and losses described above.

## X.

## DAMAGES CATEGORIES AND AMOUNTS

1. The Plaintiff MARGARITA BENITEZ has sustained or will sustain the following losses and damages as a proximate result of Defendants' negligence:

    a.  Past physical pain and suffering and mental anguish in an amount not over $1,500,000.00;

    b.  Future physical pain and suffering mental anguish in a sum not over $750,000.00;

    c.  Past reasonable and necessary medical expenses in a figure not over $1,000,000.00;

    d.  Future reasonable and necessary medical expenses in an amount not over $500,000.00;

    e.  Past physical impairment in a sum not over $1,000,000.00;

    f.  Future physical impairment in a figure not over $500,000.00.

## XI.

## AMOUNT OF DAMAGES AND PRE-JUDGMENT AND POST JUDGMENT INTEREST

    1.    Plaintiff's damages are in excess of the minimum jurisdictional limits of this Court.

    2.    Plaintiff is entitled to pre-judgment and post-judgment interest at the maximum rate allowed by law on any judgment amounts awarded to their along with costs of court.

## XII.

### **AFFIRMATIVE PLEAS**

1.   Whenever in this petition Plaintiff alleges that the Defendant D'MARIA ADULT DAY CARE LLC or the Defendant GLOBAL TRUCKING JOHN DOE did any act or thing, it is meant that these Defendants' officer(s), servant(s), agent(s), employee(s) or representative(s) did such act or thing, and that at the time such act or thing was done, it was done within the course and scope of such officer(s), servant(s), agent(s), employee(s) or representative(s) employment, or done with the full authorization and/or ratification of each of these Defendants.

### **PRAYER**

1.   The Plaintiff MARGARITA BENITEZ prays that the Court grant the following relief, jointly and severally, against Defendants:

A. That the Defendants D'MARIA ADULT DAY CARE LLC, GLOBAL TRUCKING JOHN DOE, OLGA GONZALEZ GARCIA, and OSCAR YZAGUIRRE, JR., be cited to appear in this cause;

B. That the Defendants' conduct be found to be negligent and that, as a direct and proximate cause of Defendants' negligence, the Plaintiff suffered injuries and sustained damages for which Defendants are jointly and severally liable;

C. That Plaintiff **MARGARITA BENITEZ** be awarded all her damages including both past and future and reasonable and necessary medical expenses, hospital fees, rehabilitative services and, also, for her past and future physical pain and suffering, and mental anguish, physical impairment and past and future physical impairment in an amount in excess of the minimum jurisdictional limits of this Court as follows:

WMICROSOFTWORD-PI-ORIGINAL PETITION-19-006-OP-MARGARITA BENITEZ

12

(i)     Past physical pain and suffering and mental anguish not over $1,500,000.00,

(ii)    Future physical pain and suffering mental anguish not over $750,000.00,

(iii)   Past reasonable and necessary medical expenses not over $1,000,000.00,

(iv)    Future reasonable and necessary medical expenses not over $500,000.00,

(v)     Past physical impairment not over $1,000,000.00,

(vi)    Future physical impairment not over $500,000.00;

D.  That Plaintiff be awarded pre-judgment interest on any amount awarded to them at the highest rate allowed by law;

E.  That Plaintiff be awarded post-judgment interest on any amount awarded to them at the highest rate allowed by law;

F.  That Plaintiff be awarded her court costs; and

G.  That Plaintiff be awarded any other remedy and relief to which she may be justly entitled.

Respectfully submitted,

/S/ *Margil Sanchez, Jr.*
Margil Sanchez, Jr.
Attorney-at-Law

Margil Sanchez, Jr.
Attorney at Law
312 E. Mirasoles St.
P.O. Box 297
Rio Grande City, Texas 78582
Tel: (956) 487-7575
Fax: (956) 487-8491
Bar I.D. No. 17570800